NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

SOUSAN LOFTIAN
149 BRIARWOOD LN.
LAGUNA HILLS, CA. 92656
(949) 212-4714

DEFENDANTS, IN PRO PER

DEFENDANTS, IN PRO PER

ATTORNEYS FOR

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 23 2011

CENTRAL DISTRICT
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SUNCOAST NOVA LLC AS TRUSTEE FOR BRIARWOOD TRUST #149

Plaintiff(s),

v.

SOUSAN LOFTIAN

Defendant(s)

CASE NUMBER:

SACV11-01486 JST(PMOx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for defendants, In Pro Per (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                    **CONNECTION**

(List the names of all such parties and identify their connection and interest.)

9/23/11

Date

Sign

SOUSAN LOFTIAN    Defendants, In Pro Per

Attorney of record for or party appearing in pro per

CV-30 (04/10)                           **NOTICE OF INTERESTED PARTIES**